Entered on Docket
October 05, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 735-1500
Attorney for Debtor
Nevada State Bar no. 5970

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br>RAYMOND CARVALHO<br><br>Debtor(s). | BANKRUPTCY NUMBER:<br><br>BK-S-08-18289-MKN<br>CHAPTER 13<br><br>Date: 9/17/2009<br>Time: 3:30 PM |

### ORDER RE: MOTION TO VACATE DISMISSAL ORDER AND TO REOPEN CHAPTER 13 PROCEEDING

This matter having come on for hearing this 17TH day of SEPTEMBER, 2009, RANDOLPH H. GOLDBERG, ESQ., on behalf of the Debtor, having been present, proper notice having been given, and upon the arguments of counsel, it is therefore ORDERED AND DECREED:

-6-

1  THAT the stay provided under Chapter 13 of the Bankruptcy Case be reinstated and
2  the Order of Dismissal and Denial of Discharge be vacated.
3
4      IT IS FURTHER ORDERED THAT DEBTORS ARE TO CONVERT TO A
5  CHAPTER 7 WITHIN 10 DAYS OR THEY WILL REMAIN DISMISSED.
6
7  DATED this _____ day of _____, 2008.
8
9  Submitted by:
10
11 THE LAW OFFICES OF
   RANDOLPH H. GOLDBERG
12
13
14 By/S/ RANDOLPH GOLDBERG ESQ.
   RANDOLPH H. GOLDBERG, ESQ.
15 4000 S. Eastern, Suite 200
   Las Vegas, Nevada 89119
16 Attorney for Debtor
17
18 APPROVED/DISAPPROVED
19 AS TO FORM AND CONTENT
20 CHAPTER 13 TRUSTEE
21
22 _Wyatt_ 9-21-09
   Rick A. Yarnall   Trustee
23 302 E. Carson Ave., Ste. 300
24 Las Vegas, NV 89101

-7-

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

    \_\_\_\_\_ The court waived the requirements of LR 9021.

    ✓ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written Objection and each has:

        ✓ approved the form of this order:
        \_\_\_\_\_ waived the right to review the order
        \_\_\_\_\_ and/or failed to file and serve papers in accordance with LR 9021©.

    \_\_\_\_\_ I have delivered a copy of this proposed order to all Attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to view the order, failed to file and serve papers in accordance with LR 9021© and the following have disapproved the form of the order:

    \_\_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

I declare under penalty of perjury under the laws of The State of Nevada the foregoing is true and correct.

                              /s/Maile C. Hansen/s/
                              An Employee of
                              THE LAW OFFICE OF
                              RANDOLPH H. GOLDBERG

###