AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
J. MICHAL BLOOM, Attorney
State Bar # NV 4706
*j.michal.bloom@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 229
Facsimile:  (702) 388-6658

Attorneys for the Acting United States Trustee
         SARA L. KISTLER

E-Filed on November 9, 2009

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

**RAYMOND CARVALHO,**

                         Debtor.

CASE NO: BK-**S-08-18289-mkn**

Chapter 7

Date:  N/A
Time: N/A

## THE ACTING UNITED STATES TRUSTEE'S
## DECLINATION STATEMENT UNDER 11 U.S.C. § 704(b)(2)

The Acting United States Trustee declines to file a motion to dismiss this case under

11 U.S.C. § 707(b)(2).  Based on currently available information and under the specific facts and

circumstances of this case, the Acting United States Trustee is exercising the discretion

permitted under 11 U.S.C. § 704(b)(2).  This decision is based on the following:

1. Raymond Carvalho filed a voluntary petition under Chapter 13 of the Bankruptcy

Code on July 26, 2008.  His case was voluntarily converted to one under Chapter 7 on September

28, 2009.

2. Mr. Carvalho's debts are primarily consumer debts [Docket #1, Page 1].

3. As required by 11 U.S.C. § 704(b)(1)(A), the Acting United States Trustee filed a

Statement of Presumed Abuse in this case on November 9, 2009 [Docket #72].

4. Section 704(b)(2) of the Bankruptcy Code provides:

> The United States trustee (or bankruptcy administrator, if any) shall, not later than 30 days after the date of filing a statement under [§ 704(b)(1)], either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States trustee (or the bankruptcy administrator, if any) does not consider such a motion to be appropriate, if the United States trustee (or the bankruptcy administrator, if any) determines that the debtor's case should be presumed to be an abuse under § 707(b) and th product of the debtor's current monthly income, multiplied by 12 is not less than [the applicable median family income amount].

5. Based upon currently available information, the Acting United States Trustee will not file a motion to dismiss based on the presumption of abuse because the debtor has explained and documented circumstances that justify declining to prosecute a motion to dismiss for presumed abuse.

6. Specifically, the debtor has provided credible testimony under oath and verifiable proof that his income has significantly declined post-petition.

**Based on the foregoing**, the Acting United States Trustee does not consider a motion to dismiss under 11 U.S.C. § 707(b)(2) to be appropriate in this case.

Dated: November 9, 2009

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: _/s/ J. Michal Bloom_
    J. Michal Bloom, Esq.
    United States Department of Justice
    Attorney for the Acting United States Trustee