# United States Bankruptcy Court
## District of Nevada

In re  **RAYMOND CARVALHO**

Debtor(s)

Case No.  **08-18289**

Chapter  **13**

### Notice of Change of Address

Debtor's Social Security Number:  **xxx-xx-5718**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  **RAYMOND CARVALHO**

Street:  **9156 FOREST WILLOW #63**

City, State and Zip:  **Las Vegas, NV 89149**

Telephone #:

**Please be advised that effective  _NOV 6_ , 2009__ ,
my (our) new mailing address and telephone number is:**

Name:  **RAYMOND CARVALHO**

Street:  **5241 S 36TH w aVE**

City, State and Zip:  **TULSA, OK 74107**

Telephone #:

**/s/ RAYMOND CARVALHO**
**RAYMOND CARVALHO**
Debtor

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy